THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEE FISHER and Another, Appellants.— Judgment reversed, the information dismissed and defend-

* Affd., 266 N. Y. 617.

ants discharged from custody, on the ground that there is no proof of the *corpus delicti.* Settle order on notice. Present — Finch, P J., Martin, O'Malley, Townley and Glennon, JJ.; Finch, P. J., and Martin, J.. dissent and vote for affirmance.